# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       (212) 465-1188
                      CKLee@leelitigation.com

September 26, 2024

> Defendants are hereby ORDERED to meet and confer with plaintiff by Monday, September 30, 2024. Defendants must comply with this Court's individual practices from now on or else the Court will consider remedial measures.
> The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28. SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: September 27, 2024

**Via ECF**:
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

               Re:   *Flores v. Mission Ceviche, LLC et al*
                     Case No. 1:24-cv-03626

Dear Judge Subramanian:

      We are counsel to Plaintiff in the above-referenced matter. Plaintiff writes pursuant to Local Civil Rule 37.2 and Your Honor's Individual Rules and Practices in Civil Cases, § 5, requesting a conference regarding Defendants' outstanding discovery responses.

      On August 12, 2024, the Court submitted a Civil Case Management Plan and Scheduling Order, instructing parties to serve their first request for production of documents by September 30, 2024. *See* ECF 23. Plaintiff complied with Your Honor's directive, serving their document requests on August 21, 2024, which requested responses from Defendants by September 20, 2024. *See* **Exhibit A** (Plaintiff's Discovery Requests).

      To date, Defendants have failed to provide any responses to Plaintiff's discovery requests. On September 19, 2024, Plaintiff reminded Defendants of the impending deadline and offered to meet and confer regarding a potential extension of the deadline. Plaintiff repeated its requests to meet and confer on September 20, 2024, and on September 25, 2024. Defendants, however, have not responded to these communications. *See* **Exhibit B** (Plaintiff's Correspondence to Defendants). Plaintiff's counsel Robert A. Kansao called Defendants' office on September 25, 2024, but received no responses.

      Your Honor's Individual Rules and Practices in Civil Cases, § 5(C) require that the non-moving party must make itself available to confer and resolve the discovery dispute within two business days of a request for a conference. Defendants have failed to make themselves available, thereby preventing resolution of this discovery dispute.

      Plaintiff requests that Defendants' avoidance of its discovery obligations be addressed in the conference, for which no date has yet been set, addressing the discovery disputes currently before the Court. We thank the Court for its consideration.

Respectfully submitted,
*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:    all parties via ECF