# Lee Litigation Group, PLLC

**148 West 24th Street, 8th Floor**
**New York, NY 10011**
**Tel: 212-465-1188**
**Fax: 212-465-1181**
**info@leelitigation.com**

Writer's Direct:   (212) 465-1188
                   CKLee@leelitigation.com

October 15, 2024

> Defendants are hereby ORDERED to respond to plaintiff's requests by October 17, 2024. This is plaintiff's second request for court intervention to remedy defendants' non-responsiveness. If the Court receives another request along these lines, defendants will face sanctions. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 30.
>
> SO ORDERED.
>
> */s/ Arun Subramanian*
> Arun Subramanian, U.S.D.J.
> Date: October 16, 2024

**Via ECF**:
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

   Re:   *Flores v. Mission Ceviche, LLC et al*
         Case No. 1:24-cv-03626

Dear Judge Subramanian:

We are counsel to Plaintiff in the above-referenced matter. Plaintiff writes pursuant to Local Civil Rule 37.2 and Your Honor's Individual Rules and Practices in Civil Cases, § 5, requesting a pre-motion conference regarding Defendants' outstanding discovery responses and failure to provide deposition dates for noticed witnesses.

On August 21, 2024, Plaintiff served interrogatory and document requests upon Defendants. *See* **Exhibit A** (Plaintiff's Discovery Requests). Defendants' responses to these requests became due on September 20, 2024. As Defendants did not provide responses and did not respond to Plaintiff's attempts to meet and confer, Plaintiff moved for a pre-motion conference with the Court. On September 27, 2024, Your Honor Ordered Defendants to meet and confer with Plaintiff regarding outstanding discovery by September 30, 2024.

Pursuant to the Court's Order, the parties met and conferred on September 30, 2024. *See* **Exhibit B** (Plaintiff's Correspondence to Defendants). At this meet and confer, Plaintiff agreed to an extension of time to October 7, 2024, for Defendants to provide responses to requests and dates for deposition. As Plaintiff did not receive responses on October 7, 2024, Plaintiff agreed to another extension, until 5:00 pm on Tuesday October 15, 2024, to receive responses and to receive dates for deposition for the following noticed witnesses: (i) Defendants' Corporate Representative, (ii) Brice Mastroluca, (iii) Jose Luis Chavez, and (iv) Miguel Yarrow.

Plaintiff has not received discovery responses or deposition dates, and the only documents received by Plaintiff are Defendants' payroll summaries for 2021, 2022, and 2023.

Plaintiff requests that either the above outstanding discovery be addressed in a conference before the Court or that the Court compel Defendants to produce responses and deposition dates for the above noticed witnesses by October 22, 2024.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.