# Lee Litigation Group, PLLC
### 148 West 24th Street, Eighth Floor
### New York, NY 10011
### Tel: 212-465-1180
### Fax: 212-465-1181
### info@leelitigation.com

**Writer's Direct:** (212) 465-1188
cklee@leelitigation.com

January 7, 2025

**Via ECF**:
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    *Flores v. Mission Ceviche, LLC et al*
                Case No. 1:24-cv-03626

Dear Judge Subramanian:

      This firm represents Plaintiff in the above-referenced matter. Plaintiff writes to inform the Court that Defendants have yet to provide a complete collective list as Ordered by the Court on November 26, 2024 [ECF 48], and to request that this information be provided within seven days or that a sanction for non-compliance with a Court Order be imposed against Defendants.

      As the Court is aware, on October 19, 2024, Plaintiff filed her motion for conditional collective certification. As Defendants provided no opposition briefing to this motion, the Court granted Plaintiff's motion as unopposed on November 26, 2024. As part of the Court's Order granting that motion and for purposes of submitting notice to the collective, Defendants were required to provide Plaintiff with the following information by December 9, 2024: the names, titles, compensation rates, dates of employment, last known mailing addresses, email addresses and all known telephone numbers of all Covered Employees.

      On or around December 9, 2024, Defendants provided Plaintiff with a partial list of collective members. Even the information for those identified in this partial list was incomplete as no phone numbers and no email addresses were provided. Plaintiff agreed to extend Defendants time to provide a complete list, with all Ordered information, until December 31, 2024.

      As of this letter, Defendants have not provided a complete list of collective members. This delay has delayed completion of Plaintiff's notice to the collective.

      We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

Defendants should submit any response (or more helpfully provide the complete list to plaintiffs) by January 9, 2025.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 8, 2025