# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   (212) 465-1188
cklee@leelitigation.com

January 7, 2025

**Via ECF**:
The Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   *Flores v. Mission Ceviche, LLC et al*
      Case No. 1:24-cv-03626

Dear Judge Subramanian:

This firm represents Plaintiff in the above-referenced matter. Plaintiff writes to inform the Court that Defendants have yet to provide a complete collective list as Ordered by the Court on November 26, 2024 [ECF 48], and to request that this information be provided within seven days or that a sanction for non-compliance with a Court Order be imposed against Defendants.

As the Court is aware, on October 19, 2024, Plaintiff filed her motion for conditional collective certification. As Defendants provided no opposition briefing to this motion, the Court granted Plaintiff's motion as unopposed on November 26, 2024. As part of the Court's Order granting that motion and for purposes of submitting notice to the collective, Defendants were required to provide Plaintiff with the following information by December 9, 2024: the names, titles, compensation rates, dates of employment, last known mailing addresses, email addresses and all known telephone numbers of all Covered Employees.

On or around December 9, 2024, Defendants provided Plaintiff with a partial list of collective members. Even the information for those identified in this partial list was incomplete as no phone numbers and no email addresses were provided. Plaintiff agreed to extend Defendants time to provide a complete list, with all Ordered information, until December 31, 2024.

As of this letter, Defendants have not provided a complete list of collective members. This delay has delayed completion of Plaintiff's notice to the collective.

We thank Your Honor for considering our request.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

Per the Court's Order at ECF No. 56, defendants were required to respond to this motion by January 9, 2025. Given that no response has been filed, this motion is GRANTED as unopposed. If defendants haven't yet provided the full list, they should do so by January 17, 2025. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 55.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 15, 2025