**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 4/7/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Daniela Flores, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class*,

                                Plaintiffs,          **24-cv-03626 (KHP)**

          -against-          **POST-CONFERENCE ORDER**

Mission Ceviche, LLC, Mission Ceviche UES Inc,
Mission Ceviche Canal LLC, Mission Ceviche
Nomad LLC, Jose Luis Chavez, Brice Mastroluca,
Miguel Yarrow,

                                Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the Initial Case Management Conference on April 7, 2025, Defendants shall take Plaintiff's deposition by **April 30, 2025**. By **May 1, 2025**, the parties shall file a status letter confirming that Plaintiff's deposition has taken place and informing the Court whether the parties have agreed on an alternate mediator. Finally, the Court sets the following deadlines for the outstanding motion for summary judgment: Defendants shall file their opposition and cross-motion, if any, by **May 30, 2025**, and Plaintiff shall file a reply and opposition to the cross-motion by **June 25, 2025**. Defendants shall file their reply in support of the cross-motion by **July 11, 2025**.

**SO ORDERED.**

DATED:     New York, New York
              April 7, 2025

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge