# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  (212) 465-1188
cklee@leelitigation.com

**Via ECF**:
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/30/2025

Re:  *Flores v. Mission Ceviche, LLC et al*
     Case No. 1:24-cv-03626

Dear Judge Parker:

This firm represents Plaintiff in the above-referenced matter. Plaintiff writes, jointly with Defendants, pursuant to the Court's April 7, 2025, Order, to (i) update the Court regarding the parties' mediation discussions, (ii) to request that the Court stay Defendants' time to conduct Plaintiff's deposition by one week, and (iii) that the parties update the Court again on the status of mediation on or before May 6, 2025.

Since the April 7, 2025, conference, the parties have met and conferred regarding mediation and have agreed upon a mediator. The parties are currently seeking the availability of our selected mediator and request that the Court stay Defendants' time to conduct Plaintiff's deposition, to permit the parties to focus efforts on resolution through mediation.

The parties request that we write to the Court again in one-week to inform the Court of whether the parties' contemplated mediation has been scheduled or to inform the Court that Defendants' deposition of Plaintiff will be moving forward.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

The Court thanks the parties for their update. The requests are granted to the extent that the deadline to conduct Plaintiff's deposition is extended by one week, and the parties shall update the Court by May 6, 2025. However, to the extent the parties seek to stay discovery pending mediation, the request is denied without prejudice. If good cause exists to stay discovery pending the mediation, the Court will consider such a stay and the asserted cause when the parties submit their next letter.

SO ORDERED:

*Katharine H. Parker*    04/30/2025
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE