# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:
(212) 465-1188
cklee@leelitigation.com

**Via ECF**:
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2025

Re:   *Flores v. Mission Ceviche, LLC et al*
      Case No. 1:24-cv-03626

Dear Judge Parker:

This firm represents Plaintiff in the above-referenced matter. Plaintiff writes, jointly with Defendants, pursuant to the Court's April 30, 2025, Order to (i) inform the Court that the parties have scheduled a class-wide mediation for July 10, 2025, with the mutually agreed upon mediator, Mr. Theo Cheng, and (ii) to request a stay pending the completion of that mediation.

The parties request that we write to the Court again two-weeks after the mediation (July 24, 2025) to inform the Court of whether the parties' mediation has resolved the claims of this matter, or that the parties will be moving forward with Plaintiff's deposition and briefing of Plaintiff's filed motions for class certification and summary judgment.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

Application granted in part. The parties shall file a status update by July 24, 2025. The deadlines for discovery and summary judgment are extended by 30 days, such that (1) Plaintiff's deposition shall be conducted by June 5, 2025, and (2) the Defendants' opposition and cross-motion (if any) shall be due June 29, 2025, with Plaintiff's reply and opposition to any cross-motion due July 25, 2025. Defendants' reply in support of any cross-motion will then be due August 10, 2025. These deadlines will not be extended further. The application (including the requested stay) is otherwise denied. Further, insofar as this case was brought as a putative class action and Rule 23 provides that a motion for class certification should be addressed "[a]t an early practicable time," Fed. R. Civ. P. 23(c)(1)(A), the Court intends to address the pending Rule 23 motion as soon as practicable. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 80.

SO ORDERED:

*Katharine H. Parker*    05/08/2025
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE