USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/08/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Daniela Flores, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class*,

                                Plaintiffs,

             -against-

Mission Ceviche, LLC, Mission Ceviche UES Inc,
Mission Ceviche Canal LLC, Mission Ceviche
Nomad LLC, Jose Luis Chavez, Brice Mastroluca,
Miguel Yarrow,

                                Defendants.
-----------------------------------------------------------------X

**24-cv-03626 (KHP)**

**ORDER SCHEDULING ORAL ARGUMENT**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      An oral argument in this matter on the Motion for Class Certification and Summary Judgment is hereby scheduled for **Tuesday, September 02, 2025 at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:    New York, New York
               August 8, 2025

                                              _____
                                            KATHARINE H. PARKER
                                        United States Magistrate Judge