# GRSM50

## GORDON REES SCULLY MANSUKHANI

### YOUR 50 STATE LAW FIRM™

**DAVID J GRECH**
dgrech@grsm.com

**RODALTON J POOLE**
rpoole@grsm.com

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__08/28/2025_

August 27, 2025

**APPLICATION DENIED**

*[signature]*

KATHARINE H. PARKER
United States Magistrate Judge

08/28/2025

**VIA ECF**
Hon. Katharine H. Parker, U.S.M.J.
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:  *Flores v. Mission Ceviche, LLC et al.*
     Case No. 1:24-cv-03626

Dear Judge Parker:

We represent defendants Mission Ceviche, LLC; Mission Ceviche UES, Inc.; Mission Ceviche Canal LLC; Mission Ceviche Nomad LLC; Jose Luis Chavez; Brice Mastroluca; and Miguel Yarrow in this case. We write jointly with counsel for plaintiff Daniela Flores and opt-in plaintiffs Carlos Torres and Johnny Rivas to provide, pursuant to the Court's Order at Dkt. No. 86, an update on the status of this case and to respectfully request an adjournment of the oral argument on Plaintiffs' pending motion for class certification, presently scheduled for September 2, 2025.

On August 15, 2025, the parties and counsel did participate in a more than six-hour mediation session with the parties' privately engaged mediator in good faith efforts to reach a class-wide settlement of this case. Although that mediation session unfortunately did not result in a settlement, the parties continue to discuss the possibility of resolution, which might require further input from the mediator. Additional time is needed to continue these negotiations.

Thus, the parties jointly and respectfully request a two-week adjournment of the oral argument scheduled for September 2, 2025. This is the parties' first request to adjourn the oral argument related to Plaintiffs' motion for class certification. This request, if granted, would affect no other dates or deadlines in this case. The parties and counsel appreciate the Court's attention to this matter and are available to the Court should it have any questions.

Respectfully submitted,

*/s/ David J. Grech*
David J. Grech

cc:    All Counsel of Record (via ECF)

1159953/41375577v.1