# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
O@LEELITIGATION.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2025

Application GRANTED IN PART. The request to extend
the deadline to submit a revised joint proposed class notice
is GRANTED. The request for an extension of time to file a
motion for reconsideration is DENIED as untimely.
(Individual Practices in Civil Cases, Rule I.c.)

SO ORDERED:                                     09/29/2025

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Re:     *Flores v. Mission Ceviche, LLC et al.*
         Case No. 1:24-cv-03626

Dear Judge Parker:

This firm represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with
counsel for Defendants to respectfully request a two-week extension of time to submit a revised
joint proposed class notice and any objections to the Court's Order certifying the class.

On September 12, 2025, the Court certified a Rule 23 class of front-of-house employees of
Mission Ceviche UES, from 2019 until September 12, 2025, with respect to their claim that they
are due additional straight time and/or overtime pay because of defects in the tip credit notice,
failure to maintain a daily log of tips, and miscalculation of the tip credit overtime rate. *See* Dkt.
No. 101.

That Order directed the parties to submit a proposed class notice by September 26, 2025.
Additionally, pursuant to Local Rule 6.3, motions for reconsideration are due within 14 days after
entry of the Court's order. Given that the Order was entered on September 12, 2025, any motions
for reconsideration of the Court's Order are due by September 26, 2025.

The parties are still discussing settlement and hope to devote resources to resolution
rather than litigation. **As such, the parties request to extend the above deadlines by two-weeks,**
**making the joint proposed notice, and any motions for reconsideration due by October 10,**
**2025.** The requested extension does not affect any other previously scheduled dates.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF