**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DANIELA FLORES, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

MISSION CEVICHE, LLC
    d/b/a MISSION CEVICHE,
MISSION CEVICHE UES INC
    d/b/a MISSION CEVICHE,
MISSION CEVICHE CANAL LLC
    d/b/a MISSION CEVICHE,
MISSION CEVICHE NOMAD LLC
    d/b/a MISSION CEVICHE,
JOSE LUIS CHAVEZ,
BRICE MATROLUCA, and
MIGUEL YARROW,

        Defendants.

**Case No.**: 1:24-cv-03626

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants MISSION CEVICHE, LLC d/b/a MISSION CEVICHE; MISSION CEVICHE UES INC d/b/a MISSION CEVICHE; MISSION CEVICHE CANAL LLC d/b/a MISSION CEVICHE; and MISSION CEVICHE NOMAD LLC d/b/a MISSION CEVICHE (collectively "LLC Defendants"), on behalf of themselves and Defendants Jose Luis Chavez, Brice Mastroluca, and Miguel Yarrow, having offered to allow Plaintiff Daniela Flores ("Plaintiff") to take a judgment against the LLC Defendants, in the sum of One Hundred Thousand Dollars and No Cents ($100,000.00), inclusive of attorneys' fees and costs, accrued as of the date of this offer ("Judgment Amount"), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 4, 2025 and filed as Exhibit A to Docket Number 120;

**WHEREAS**, on November 6, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 120);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Daniela Flores, in the sum of $100,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 4, 2025 and filed as Exhibit A to Docket Number 120.

For the avoidance of doubt, the class claims raised in this lawsuit remain unresolved and unadjudicated. (*See* ECF No. 126.)

**SO ORDERED:**

Dated: December 4, 2025
      New York, New York

_____
                                       U.S.M.J.

*(Signed: Katharine H. Parker)*