UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELA FLORES, *on behalf of herself, FLSA Collective Plaintiffs and the Class,* | |
| Plaintiff, | |
| v. | Case No.: 1:24-cv-03626 |
| MISSION CEVICHE, LLC<br>    d/b/a MISSION CEVICHE,<br>MISSION CEVICHE UES INC<br>    d/b/a MISSION CEVICHE,<br>MISSION CEVICHE CANAL LLC<br>    d/b/a MISSION CEVICHE,<br>MISSION CEVICHE NOMAD LLC<br>    d/b/a MISSION CEVICHE,<br>JOSE LUIS CHAVEZ,<br>BRICE MATROLUCA, and<br>MIGUEL YARROW, | **RULE 68 JUDGMENT** |
| Defendants. | |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants MISSION CEVICHE, LLC d/b/a MISSION CEVICHE; MISSION CEVICHE UES INC d/b/a MISSION CEVICHE; MISSION CEVICHE CANAL LLC d/b/a MISSION CEVICHE; and MISSION CEVICHE NOMAD LLC d/b/a MISSION CEVICHE (collectively "LLC Defendants"), on behalf of themselves and Defendants Jose Luis Chavez, Brice Mastroluca, and Miguel Yarrow, having offered to allow opt-in Plaintiffs, Carlos Torres, Johnny Rivas, Mauro Palaguachi, Gustavo Ramirez Garcia, and Jerry Castanon (collectively, "Opt-In Plaintiffs") to take a judgment against the LLC Defendants, in the sum of One Hundred Fifty Thousand Dollars and No Cents ($150,000.00), inclusive of attorneys' fees and costs, accrued as of the date of this offer ("Judgment Amount"), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 4, 2025 and filed as Exhibit A to Docket Number 122;

**WHEREAS**, on November 6, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 122);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Opt-In Plaintiffs, Carlos Torres, Johnny Rivas, Mauro Palaguachi, Gustavo Ramirez Garcia, and Jerry Castanon, in the sum of $150,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 4, 2025 and filed as Exhibit A to Docket Number 122.

For the avoidance of doubt, the class claims raised in this lawsuit remain unresolved and unadjudicated. (*See* ECF No. 126.)

**SO ORDERED:**

Dated: December 4, 2025
    New York, New York

_____
U.S.M.J.