UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Daniela Flores, *on behalf of herself,*
*FLSA Collective Plaintiffs and the Class*,

                               Plaintiffs,

            -against-

Mission Ceviche, LLC, Mission Ceviche UES Inc,
Mission Ceviche Canal LLC, Mission Ceviche
Nomad LLC, Jose Luis Chavez, Brice Mastroluca,
Miguel Yarrow,

                              Defendants.

-----------------------------------------------------------------X

**24-cv-03626 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In view of the Court's endorsement of the proposed judgments in this case, and its order decertifying the class, the conferences previously scheduled for Monday, December 15, 2025, and February 18, 2026, are hereby adjourned *sine die*.

      **In light of the judgments entered in this case at ECF 129-130, the Clerk of the Court is respectfully directed to close the case and terminate all open motions.**

      SO ORDERED.

DATED:    New York, New York
             December 8, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge